# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The Premises Known as 27 Trout Lane, Rindge NH | )<br>)<br>)   Case No. 20-mj-221-01-AJ<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1 (Attached and Incorporated Herein)

located in the _____ District of   New Hampshire   , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (Attached and Incorporated Herein)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC 331 (i)(2); 21 USC 843 (a)(5); 18 USC 545; 21 USC 863 (a)(3) | Unlawful Possession of a Punch Die; Smuggling Goods into the United States; Unlawful Possession if Drug Paraphernalia; Unlawful Importation of Drug Paraphernalia |

The application is based on these facts:

See Affidavit (Attached and Incorporated Herein)

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: ____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Todd Donnelly
*Applicant's signature*

Special Agent Todd Donnelly
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by   Telephonic conference   *(specify reliable electronic means)*.

Date: **Dec 9, 2020**

*Andrea K. Johnstone*
*Judge's signature*

City and state:   Concord NH                Andrea K. Johnstone, United States Magistrate Judge
*Printed name and title*